**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1134

COURTNEY LAMONT EDMOND,

Plaintiff - Appellant,

v.

WELLS FARGO CLEARING SERVICES, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:21-cv-00139-JAG)

Submitted:  September 22, 2022                    Decided:  September 26, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Courtney Lamont Edmond, Appellant Pro Se.  Frederick Thomas Smith, SEYFARTH SHAW, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Lamont Edmond appeals the district court's order granting Defendant's motion for summary judgment in Edmond's civil action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17, and 42 U.S.C. § 1981. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Edmond v. Wells Fargo Clearing Servs.*, No. 3:21-cv-00139-JAG (E.D. Va. Feb. 3, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*